```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/14/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IRENE ARAPOS,

                Plaintiff,

-against-

BANK OF NOVA SCOTIA et al.,

                Defendants.

24-CV-02114 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    The Clerk of Court is respectfully directed to remove the blue notice from Dkt. No. 1 stating "STRICKEN DOCUMENT."  The Clerk is further directed to modify the restriction on Dkt. No. 1 from "sealed" to "case participant view only."

    The portion of the Court's previous Order at Dkt. No. 11 directing Plaintiff to re-file the complaint is MOOT.

Dated: June 14, 2024
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge